UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL TITLE INSURANCE COMPANY,<br><br>        Defendant. | Case No: C 18-00503 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of this action, see Dkt. 42, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and trial will be reset, provided that such motion is filed within forty-five (45) days of the date this order is filed.

IT IS SO ORDERED.

Dated: 08/27/2018

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge