AO 121 (Rev. 06/16)  (CAND version 8/18)

| | |
|---|---|
| TO:  **Register of Copyrights**<br>       **Copyright Office**<br>       **Library of Congress**<br>       **Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION ON APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION    ☐ APPEAL    COURT NAME AND LOCATION
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

**DOCKET NO:** 18-cv-00503-SBA

**DATE FILED:** January 23, 2018

**PLAINTIFF:** Artifex Software, Inc.

**DEFENDANT:** First National Title Insurance Company

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | See Attached Complaint | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

**DATE INCLUDED**    **INCLUDED BY:**
☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | See Attached Complaint | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

**COPY ATTACHED:**    **WRITTEN OPINION ATTACHED:**    **DATE RENDERED:**
☒ Order    ☐ Judgment        ☒ Yes    ☐ No            08/27/18

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Jessie Mosley*
(by) Deputy Clerk, Jessie Mosley

08/28/2018
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy